# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LORENZO OZAROWSKI,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT,** and **HAILEY NICHOLE ILIFF,**
Appellees.

No. 4D19-3643

[June 3, 2020]

Appeal from the State of Florida, Department of Revenue; L.T. Case Nos. DOAH 19-005103-CS and CSP 2001415468.

Lorenzo Ozarowski, Boca Raton, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, for appellee Department of Revenue.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla. 1979).

LEVINE, C.J., DAMOORGIAN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***